**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| Julio SACA VIZUETE<br><br>*Petitioner,*<br><br>v.<br><br>Luis SOTO, *Warden*, Delaney Hall Detention Facility;<br><br>David VENTURELLA, *in his official capacity as Acting Director*, U.S. Immigration and Customs Enforcement;<br><br>Markwayne MULLIN, *in his official capacity as Secretary*. U.S. Department of Homeland Security; and<br><br>Todd BLANCHE, *in his official capacity as the Attorney General of the United States;*<br><br>*Respondents.* | Civ. No. 26-12349 (JXN) |
|---|---|

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Julio Saca Vizuete hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice. On October 21, 2026, an immigration judge granted Mr. Saca Vizuete a voluntary departure. *See* Ex. 1 (EOIR print out confirming voluntary departure was granted). So that Respondents can effectuate his voluntary departure, Mr. Saca Vizuete moves to voluntarily dismiss his habeas petition, lift the restrictions previously ordered, and then close this case.

Dated: October 23, 2026

Respectfully submitted,

s/ Alison Brill

Alison Brill
Assistant Federal Public Defender
800 Cooper Street, Suite # 350
Camden, NJ 08102
(609) 489-7457
alison_brill@fd.org

Attorney for Petitioner
Julio SACA VIZUETE

Cc: Jena Tiernan, Assistant United States Attorney

**So ORDERED on 10/23/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**